

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2021

No. 04-21-00409-CR

**EX PARTE** Mark **HOWERTON**,
Appellant

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR2399
Honorable Michael E. Mery, Judge Presiding

# O R D E R

On November 23, 2021, appellant timely filed an unopposed motion requesting an extension of time to file appellant's brief. Appellant's motion is GRANTED. Appellant's brief is due **no later than December 29, 2021**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court